UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mary Ann Himel Wright,

        Plaintiff,                     Civil No.06-2483 (RHK/RLE)

vs.                                 **DISQUALIFICATION AND**
                                     **ORDER FOR REASSIGNMENT**

Wyeth, f/k/a American Home
Products Corporation, a/k/a Wyeth
Inc., et al.,

        Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 9, 2005, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: June 21, 2006

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge